IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDWIN JONES,

                Petitioner,                              ORDER

      v.                                                08-cv-517-bbc

DONNA HEDRICH, Social Worker and
WILLIAM FRANCIS, Parole Agent,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDWIN JONES,

                Petitioner,                              ORDER

      v.                                                08-cv-520-bbc

DONNA HEDRICH, Social Worker and
WILLIAM FRANCIS, Parole Agent,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This court entered orders on October 22, 2008, denying petitioner Edwin Jones's requests to proceed <u>in forma pauperis</u> on his claims in both of the above-captioned cases. Inadvertently, in numbered paragraph 2 of both of the respective orders I stated the following:

1

Petitioner is obligated to pay the unpaid balance of his filing fee in monthly payments as described in 28 U.S.C. § 1915(b)(2). This court will notify the director at Sand Ridge Secure Treatment Center of that institution's obligation to deduct payments from petitioner's account until the filing fee has been paid in full.

Because petitioner is a patient at the Sand Ridge Treatment Center rather than a prisoner, § 1915(b)(2) of the Prisoner Litigation Relief Act does not apply to him. Accordingly, IT IS ORDERED that numbered paragraph 2 of each order is DELETED. A copy of this order will be sent to the director of the Sand Ridge Treatment Center to inform him that the institution should not deduct monthly payments from petitioner's patient account.

Entered this 24th day of October, 2008.

BY THE COURT:

Barbara B. Crabb
BARBARA B. CRABB
District Judge

2